PEOPLE ex rel. GOLDEY, Appellant, v. GRIFFENHAGEN, Respondent. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Proceeding by the People of the State of New York, on the relation of Henry Goldey, against Max S. Griffenhagen. H. Goldey, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. HAYES v. WALDO et al. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Proceeding by the People of the State of New York, on the relation of Cornelius G. Hayes, against Rhinelander Waldo and another. T. D. Thacher, of New York City, for relator. H. Crone, of New York City, for respondents. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. IANNARONE v. DOYLE, Sheriff. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Proceeding by the People of the State of New York, on the relation of Angelo Iannarone, against William J. Doyle, Sheriff of Westchester County.

PER CURIAM. Final order, dismissing writ of habeas corpus, affirmed, without costs.

JENKS, P. J., not sitting.

PEOPLE ex rel. KELLY v. WALDO. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Proceeding by the People of the State of New York, on the relation of Andrew F. Kelly, against Rhinelander Waldo, as Commissioner. E. Rosenberg, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. MAUSER MFG. CO. v. PURDY et al. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Proceeding by the People of the State of New York, on the relation of the Mauser Manufacturing Company, against Lawson Purdy and others. No opinion. Motion to dismiss appeal granted.

PEOPLE ex rel. MORRO v. DOYLE, Sheriff. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Proceeding by the People of the State of New York, on the relation of Rocco Morro, against William J. Doyle, Sheriff of Westchester County.

PER CURIAM. Final order dismissing writ of habeas corpus, affirmed, without costs.

JENKS, P. J., not sitting.

PEOPLE ex rel. NOYES, Respondent, v. SOHMER, State Comptroller, Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Proceeding by the People of the State of New York, on the relation of Charles P. Noyes, against William Sohmer, as Comptroller of the State of New York. No opinion. Order (81 Misc. Rep. 522, 143 N. Y. Supp. 475) affirmed, with $10 costs and disbursements to respondent.

PEOPLE ex rel. PELLECCHIO, Sheriff, v. GALLO. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Proceeding by the People of the State of New York, on the relation of Fred Pellecchio, judgment debtor, Sheriff of Kings County, against Saverio Gallo.

PER CURIAM. From the return to the writ of habeas corpus, to which no traverse was filed, it appears that the relator was held by the sheriff of Kings county pursuant to an order of the Special Term of the Supreme Court committing him to his custody for a civil contempt. The court had jurisdiction to make the order, and the provisions thereof were within its power. No other questions can be presented by such a writ. People ex rel. Price v. Hayes, 151 App. Div. 561, 136 N. Y. Supp. 854. The order discharging relator should be reversed, without costs, and he should be remanded to the custody of the sheriff of Kings county.

PEOPLE ex rel. SQUIRES et al., Appellants, v. HAND et al., respondents. (Supreme Court, Appellate Division, Second Department. September 23, 1913.) Proceeding by the People of the State of New York, on the relation of George D. Squires and others, against Alphonso P. Hand and others. No opinion. Judgment (135 N. Y. Supp. 192) affirmed, with costs, upon the opinion of Mr. Justice Putnam at Trial Term.

PEOPLE ex rel. VARLEY v. WALDO. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Proceeding by the People of the State of New York, on the relation of James S. Varley, against Rhinelander Waldo, as Commissioner. J. Rouss, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE'S SURETY CO., Respondent, v. I. A. HODGE & CO., Appellants. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by the People's Surety Company against I. A. Hodge & Co. F. B. Dow, of New York City, for appellants. A. C. Rowe, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.